## NEELEY v. STATE. (No. 5529.)

(Court of Criminal Appeals of Texas. Nov. 5, 1919.)

CRIMINAL LAW ☞1131(5)—DISMISSAL OF APPEAL FOR ESCAPE.

One convicted of an offense, who escapes after submission of his appeal for decision, under the statute forfeits his right of appeal, and his appeal will be dismissed.

Appeal from District Court, Denton County; C. R. Pearman, Judge.

Clem Neeley was convicted of an offense, and he appeals. Appeal dismissed.

C. M. Cureton, Atty. Gen., and C. W. Taylor and Alvin M. Owsley, Asst. Attys. Gen., for the State.

MORROW, J. On a former day of the term this case was submitted for decision. It has been made to appear by proper affidavit that the appellant has made his escape, and has not been captured. Under our statute, this forfeits his right of appeal.

The appeal will therefore be dismissed.

---

## NEELEY v. STATE. (No. 5530.)

(Court of Criminal Appeals of Texas. Nov. 5, 1919.)

CRIMINAL LAW ☞1131(5)—DISMISSAL OF APPEAL ON ESCAPE.

One convicted of an. offense, who escapes after submission of his appeal for decision, and does not return to custody, under the statute forfeits his right of appeal.

Appeal from District Court, Denton County; C. R. Pearman, Judge.

Clem Neeley was convicted of an offense, and he appeals. Appeal dismissed.

C. M. Cureton, Atty. Gen., and W. A. Keeling, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. On a former day of the term this case was submitted for decision. Since that submission appellant has made his escape, and has not returned to custody or been captured. Under our statute this forfeits his right of appeal. The Assistant Attorney General files proper affidavit and statement showing such escape.

The appeal will be dismissed.